206 F.2d 925
 53-2 USTC P 9571
 Robert A. RIDDELL, Collector of Internal Revenue for the
Sixth Collection District of California, Appellant,
v.
LA JOLLA CASA DE MANANA, Appellee.
 No. 13662.
 United States Court of Appeals
Ninth Circuit.
 Sept. 22, 1953.
 
 H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, John J. Kelley, Jr., Sp. Assts. to Atty. Gen., Alonzo Watson, Sp. Asst. to Atty. Gen., Washington, D.C., Walter S. Binns, U.S. Atty., E. H. Mitchell and Edward R. McHale, Asst. U.S. Attys., Los Angeles, Cal., for appellant.
 W. I. Titus, Los Angeles, Cal., Harry B. Jones, and R. B. Hooper, Seattle, Wash., for appellee.
 Before HEALY, BONE, and POPE, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed for the reasons given in the opinion of the trial court, D.C., 106 F.Supp. 132.